**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

October 26, 2015

Hon. Amalia Rodriguez-Mendoza
Travis County District Clerk
P. O. Box 679003
Austin, TX 78767
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-13-00605-CR
Tr.Ct.No.  D-1-DC-11-100086
Style:    Gerald Dee Bell v. The State of Texas

Pursuant to TEX. R. APP. P. 34.6(g)(2), we are returning the original exhibit (State's PT Exhibits #1 and SX 211 & 243) filed in the above-referenced cause via mail.

Please sign the attached acknowledgment of receipt of these exhibits and submit through the TAMES Records Submission Portal (RSP) as soon as possible.

If you have any questions, please do not hesitate to call me.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch

cc:   Hon. Carole S. Callaghan (DELIVERED VIA E-MAIL)
      Hon. Lisa Stewart (DELIVERED VIA E-MAIL)
      Hon. Rosemary Lehmberg (DELIVERED VIA E-MAIL)

---

### RECEIPT

**Receipt of the above-referenced exhibits is hereby acknowledged by me on this the**

**_____ day of _____, 20_____.**

_____
                    **Signature**